UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 18-24151-CIV-UU
JUDGE : URSULA UNGARO
TRIAL DATE: 07/22/19

SKARLETH ALVARADO

    Plaintiff(s),

vs.

                           MEDIATORS REPORT

JAMES RIVER INSURANCE COMPANY

    Defendant(s).

*******************************

COMES NOW Orestes "Rusty" Perez, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 03-29-2019 12:30.

__X__ AN AGREEMENT WAS REACHED.

_____ Mediation Agreement attached, with the parties consent.

_____ No Agreement was reached.

_____ The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___/ then it shall be considered no agreement was reach in this matter.

_____ A Pre/Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

_____ Other: _____

_____
Certified Mediator, FLORIDA MEDIATION GROUP - FMG# 0-216

( )
44 W. Flagler St.
Suite 1900
Miami, FL. 33130
305.579.9990

(X)
401 E. Las Olas Blvd.
Suite 1220
Ft. Lauderdale, FL. 33301
954.522.9991

( )
500 Australian Ave. S.
Suite 600
W. Palm Beach FL 33401
305.579.9990

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
03/29/2019
medrept.fed